**THE QUINLAN LAW FIRM, LLC**
Kate E. Frenzinger, State Bar No. 023100
Gayathiri Shanmuganatha, State Bar No. 030745
3131 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Direct Dial: (602) 842-5450
E-Mail: kfrenzinger@quinlanfirm.com

Attorneys for Defendants,
Sabian Waldman, Kenneth Antos, and
  Sheila Antos

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HALF DENTAL FRANCHISE, LLC, a Nevada limited liability company; CHAYSE MYERS, an individual; and MATT BAKER, an individual,<br><br>                  Plaintiffs,<br>v.<br>SABIAN WALDMAN, a Nevada unmarried man; KENNETH ANTOS and SHEILA ANTOS, a Nevada married couple,<br><br>                  Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL**<br><br>[Arizona Superior Court, County of Pima, Case No. C20172558] |

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, TUCSON DIVISION**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Sabian Waldman ("Defendant"), hereby removes the state court civil action originally commenced in the Superior Court of the State of Arizona, County of Pima, entitled Half Dental Franchise, LLC, et al. v. Sabian Waldman, et al., Case No. C20172558 ("State Court Action") to this Court. In support of such removal, Defendants state as follows:

A.   The State Court Action was filed by Plaintiffs Half Dental Franchise, LLC, Chayse Myers, and Matt Baker (collectively "Plaintiffs"), in the Superior Court of the

State of Arizona in and for the County of Pima on or about May 26, 2017, as Case No. C20172558. True and correct copies of the process, pleadings, and orders filed in the State Court Action to date are attached hereto as Exhibit A.

B. On August 9, 2017, an acceptance of service form was signed on behalf of Defendant Sabian Waldman, though Waldman did not receive the summons until August 10, 2017. Accordingly, this Notice of Removal is filed within thirty (30) days after Defendant Waldman's receipt of a copy of the Summons and Complaint and is timely filed under 28 U.S.C. § 1446(b).

C. This Court has diversity jurisdiction pursuant to 28 U.S.C. §1332 because all of the Defendants are citizens of the state of Utah, and all of the Defendants are citizens of the state of Nevada.

D. Plaintiff Half Dental Franchise, LLC ("HDF") is a limited liability company; its members include Plaintiff Chayse Myers ("Myers"), a citizen of the state of Utah; Plaintiff Matt Baker ("Baker"), a citizen of the state of Utah; and, upon information and believe, Ryan Myers, a 1% member who is a citizen of the state of Utah.

E. Defendants Waldman, K. Antos, and S. Antos are citizens of the state of Nevada.

F. Under 28 U.S.C. §§ 1446(a), venue of this action is proper in this Court as the district and division within which the State Court Action was brought.

G. On information and belief, the factual allegations set forth in the Complaint establish that the amount in controversy exceeds the minimum jurisdictional amount of $75,000, exclusive of interest and costs, as provided under 28 U.S.C § 1332.

H. A notification of the filing of this Notice of Removal to District Court will be promptly filed in the Superior Court of Pima County in the State of Arizona. Written Notice of the filing of this Notice of Removal is being delivered to all parties through counsel of record.

I. Defendants Kenneth and Sheila Antos have consented to this removal, and will file a joinder in the removal.

WHEREFORE, Defendant requests that the above-referenced action now pending in the Superior Court of Pima County, State of Arizona, be removed to this Court. As required by 28 U.S.C. § 1446(d) and Local Rule Civ. 3.7, Defendant will promptly give written notice to Plaintiffs. Defendant shall also promptly file notice with the Clerk of the Superior Court of Pima County.

DATED: August 17, 2017. **THE QUINLAN LAW FIRM, LLC**

BY: /s/ Kate E. Frenzinger
Kate E. Frenzinger
Gayathiri Shanmuganatha
3131 E. Camelback Road, Suite 200
Phoenix, AZ 85016
*Attorneys for Defendants
Sabian Waldman, Kenneth Antos,
and Sheila Antos*

- 3 -

## **VERIFICATION OF KATE E. FRENZINGER**

I, Kate E. Frenzinger, verify as follows:

1. I am an active member in good standing of the State Bar of Arizona and an attorney with The Quinlan Law Firm, LLC, counsel of record for the Defendants. I have firsthand knowledge of the matters set forth herein. I submit this verification pursuant to Local Rule Civ. 3.7 and pursuant to Federal Rule of Civil Procedure 11.

2. Attached as Exhibit A are true and complete copies of all pleadings and other documents filed in the state court civil action originally commenced in the Superior Court of the State of Arizona in and for the County of Pima, entitled Half Dental Franchise, LLC, et al. v. Sabian Waldman, et al., Case No. C20172558.

I verify under oath that that foregoing is true and correct.

Executed this 17th day of August 2017, at Phoenix, Arizona.

THE QUINLAN LAW FIRM, LLC

By: _/s/ Kate Frenzinger_
Kate E. Frenzinger
3131 E. Camelback Road, Suite 200
Phoenix, AZ 85016
*Attorneys for Defendants*
*Sabian Waldman, Kenneth Antos,*
*and Sheila Antos*

**CERTIFICATE OF SERVICE**

I hereby certifiy that on August 17, 2017, I electronically transmitted the foregoing document to the Clerk's office using the ECF system for filing.

I further certify that on August 17, 2017, I served the foregoing document by e-mail and U.S. mail on the following:

Ali J. Farhang
Robert A. Bernheim
FARHANG & MEDCOFF
4801 E. Broadway Blvd., Suite 311
Tucson, Arizona 85711
afarhang@fmlaw.law
rbernheim@fmlaw.law


Gregory N. Hoole
HOOLE & KING, L.C.
4276 South Highland Drive
Salt Lake City, Utah 84124
gregh@hooleking.com

/s/ Nicole Griesbach